UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

J&J SPORTS PRODUCTIONS, INC.                              CIVIL ACTION

VERSUS
                                                          NO. 15-616-SDD-RLB

BEST BOILERS ENTERPRISE, LLC D/B/A
BEST BOILERS AND ADRIAN HAMMOND

<u>SETTLEMENT CONFERENCE ORDER</u>

IT IS ORDERED that a settlement conference is hereby set for **January 20, 2016 at**

**1:30 p.m.** in chambers, which is located at 777 Florida St., Room 278, Baton Rouge, Louisiana.

The settlement conference will begin with a statement by Judge Bourgeois.  Each party

should also be prepared to make a brief statement setting forth the most important legal and

factual issues in the case that will affect settlement negotiations.[1]  Thereafter, the parties will be

separated, and Judge Bourgeois will facilitate the negotiations between the parties.

The following is provided to ensure that the necessary parties are present for the

conference, to assist the Court in an objective appraisal and evaluation of the lawsuit, and to

facilitate settlement of this matter in the most efficient manner.

A.      **PERSONS ATTENDING THE CONFERENCE**

In addition to counsel who will try the case, a person with full settlement authority must

be present for each party at the conference.  This requirement contemplates the presence of your

client or, if a corporate entity, an authorized representative of your client, who has full and final

settlement authority.  The purpose of this requirement is to have representatives present who can

---

[1]Depending on the circumstances of the particular case, the Court may elect to hear opening
statements in the separate caucuses.

settle the case during the course of the conference without consulting a superior.  Upon proper

application to the Court and under extenuating circumstances,[2] a governmental entity, insurance

company or corporate entity may be granted permission to proceed with a representative with

limited authority, provided he/she has direct communication with a representative with full

authority throughout the conference, even if the settlement conference lasts through lunch or

after working hours.  Any other persons deemed necessary to negotiate a settlement may also

attend.  Counsel of record will be responsible for timely advising any involved non-party (i.e.,

insurance company), of the requirements of this order.  **The Plaintiff representative in this**

**matter will be allowed to participate by telephone.**

B.      <u>CONFIDENTIAL STATEMENTS</u>

        The parties shall submit confidential settlement position papers by **noon on January 13,**

**2016** to the judge's chambers either via facsimile transmission to (225) 389-3603 or hand

delivery.  The statement shall not exceed five pages and shall contain the following:

      (a)     <u>Persons Attending</u>: The name and title, if applicable, of the client or authorized

            representative who will be attending the conference with trial counsel.

      (b)     <u>Statement of your Case</u>: The position paper should set forth a brief statement of

            your claim or defense.  It should also contain a statement of the liability issues

            present, including a description of the strongest and weakest points of your case,

            both legal and factual.

      (c)     <u>Quantum</u>:  A brief statement of your position on quantum, including any injuries

            sustained.  When applicable, describe any surgeries, current medical status, and

            any other relevant legal or factual issues.

---

[2] The purchase of an airplane ticket is not an extenuating circumstance.

A concluding section should contain suggestions for a satisfactory resolution of the claim.  Please do not be bound by monetary solutions, but rather consider all possible alternatives to reaching a satisfactory resolution.  Also, please keep in mind that these submissions are confidential, will not be exchanged, are not binding, and that posturing is inappropriate and only serves to handicap the process.  The Magistrate Judge serves as a neutral facilitator in this process; thus it serves no purpose for either party to attempt to convince the Magistrate Judge of his position.

## C.    ATTACHMENTS

Copies of the following documents may be attached to the confidential settlement position paper if they exist and counsel deems them relevant:

- (a)    Major relevant medical reports concerning plaintiff's medical condition (if applicable);

- (b)    Economic loss reports;

- (c)    Non-medical expert reports; or

- (d)    Any other documents which counsel believe may be of benefit to the Court in evaluating the case.

## D.    EXCHANGE OF SETTLEMENT OFFERS

Settlement conferences are often unproductive unless the parties have exchanged demands and offers before the conference and made a serious effort to settle the case on their own. ***Before arriving* at the settlement conference the parties are to negotiate and make a good faith effort to settle the case without the involvement of the Court.  A specific settlement offer, in writing, must be submitted by the plaintiff at least 14 days prior to the settlement conference, with a brief explanation of why settlement is appropriate.  If unacceptable to the defendant, a specific counteroffer, in writing, must be submitted by the**

**defendant at least 7 days prior to the settlement conference, with a brief explanation of why**

**settlement is appropriate.**  If settlement is not achieved, plaintiff's counsel shall deliver or fax

copies of all letters to Judge Bourgeois no later than 3 days before the conference.

**E.       CONFIDENTIALITY**

The contents of the statements and all communications made in connection with the

settlement conference are confidential and will not be disclosed to anyone without the express

permission of the communicating party or order of a court of competent jurisdiction.  The

statements and any other documents submitted for the settlement conference will be maintained

in chambers and will be destroyed after the conference.

Signed in Baton Rouge, Louisiana, on December 10, 2015.


_____
       **RICHARD L. BOURGEOIS, JR.**
       **UNITED STATES MAGISTRATE JUDGE**